## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**AMBER YBARRA**
**ADC #710487**                                                          **PLAINTIFF**

**v.**                              **CASE NO. 1:14CV00085 BSM**

**AMANDA SMITH AND**
**DEXTER PAYNE**                                                        **DEFENDANTS**

### JUDGMENT

Consistent with the order entered this day, this case is hereby dismissed without

prejudice.

IT IS SO ORDERED this 15th day of August 2014.

_____
UNITED STATES DISTRICT JUDGE